UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-24021-UU

ROYAL CARIBBEAN CRUISES LTD.,
d/b/a AZAMARA,

     Plaintiff,
v.

EAST INDIA TRAVEL COMPANY, INC.,
d/b/a COX & KINGS, THE AMERICAS,

     Defendant.
                                     /

## ORDER GRANTING LEAVE TO FILE EXHIBIT UNDER SEAL

THIS CAUSE comes before the Court upon Plaintiff's Motion for Leave to File Confidential Material Under Seal (D.E. 6) (the "Motion"). The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On September 27, 2019, Plaintiff filed its Complaint against Defendant bringing claims for (1) breach of contract, (2) tortious interference, and (3) breach of the implied covenant of good faith and fair dealing. D.E. 1. These claims arise from Defendant's alleged breach of the Tour Operator Agreement (the "Agreement"), which sets forth, *inter alia*, Defendant's obligation to pay subcontractors in exchange for providing shore excursions, tours, and other related services to Plaintiff's passengers and other guests. *See id.* Plaintiff seeks leave to file the Agreement under seal, because it contains "Azamara's proprietary information, pricing information, profit margins, corporate policies and procedures, and other confidential information that would likely cause Azamara harm if made available to the public and, in particular, Azamara's competitors." Mot. ¶ 3. The Agreement itself also contains a confidentiality clause. *Id.* ¶ 4. Accordingly, for good cause shown, it is hereby

ORDERED AND ADJUDGED that the Motion, D.E. 6, is GRANTED. Plaintiff is granted leave to file the subject contract under seal, which sealed filing shall be treated as Exhibit A to Plaintiff's Complaint. The sealed filing shall remain under seal until further order of the Court or this action is designated as closed, whichever occurs first.

DONE AND ORDERED in Chambers at Miami, Florida, this _8th_ day of October, 2019.

_____
UNITED STATES DISTRICT COURT

cc:  counsel of record via cm/ecf