UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-24021-CIV-UNGARO/O'SULLIVAN

ROYAL CARIBBEAN CRUISES LTD.,

    Plaintiff,

v.

EAST INDIA TRAVEL COMPANY, INC.,

    Defendant.
_____/

## **ORDER**

THIS MATTER is before the Court on the Plaintiff's Verified Motion for Attorneys' Fees and Costs (DE # 22, 12/30/19). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Accordingly, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Plaintiff's Verified Motion for Attorneys' Fees and Costs (DE # 22, 12/30/19) on or before February 25, 2020. The failure to file a response may result in a recommendation that the Plaintiff's Verified Motion for Attorneys' Fees and Costs (DE # 22, 12/30/19) be granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 11th day of February, 2020.

                                                  JOHN J. O'SULLIVAN
                                                  UNITED STATES MAGISTRATE JUDGE